MATHEWS, administratrix, *v.* ROWLAND.

PER CURIAM. 1. The sole issue in this case is the proper construction of the terms of a will devising described land. The law of the case was settled when the case was before this court on a former occasion (*Rowland* v. *Mathews*, 153 *Ga.* 849, 113 S. E. 442), where a full statement of the case will be found. Reference is also made to that case for a full discussion of the legal principles involved. When the case was again tried the court directed a verdict in accordance with the decision of this court.

2. Error is assigned on the refusal of the court to admit certain evidence as to the sayings and declarations of the testator. This oral evidence was not admissible to change the terms of the will, the same not being ambiguous; and therefore the court did not err in excluding it.

3. There being no conflict in the evidence, and that introduced with all reasonable deductions or inferences therefrom demanding a finding in favor of the plaintiff, the court did not err in directing a verdict accordingly. Civil Code (1910), § 5926.

> *Judgment affirmed. All the Justices concur.*
> No. 3491. SEPTEMBER 8, 1923.

Equitable petition. Before Judge Malcolm D. Jones. Crawford superior court. October 18, 1922.

*C. L. Shepard,* for plaintiff in error. *John P. Ross,* contra.